**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 JOHN A. MANSOUR,

                        Plaintiff,

      -against-                                  25 **CIVIL** 7633 (CM)

                                                      **JUDGMENT**

MORGAN STANLEY; MORGAN
STANLEY & CO. LLC; AND MORGAN
STANLEY SMITH BARNEY LLC,

                        Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 6, 2026, Defendants' motion to dismiss is

GRANTED, and the complaint is dismissed with prejudice and without leave to amend;

accordingly, the case is closed.

**Dated:** New York, New York

      March 9, 2026

                                      **TAMMI M. HELLWIG**

                                        **Clerk of Court**

                **BY:**                                  

                                            **Deputy Clerk**